UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LARRY G. MEAD,

    Plaintiff,

v.

Case No. 20-cv-10721
Hon. Matthew F. Leitman

RICHARD BURKART et al.,

    Defendants.
_____/

## JUDGMENT

In accordance with the Opinion and Order Granting Defendants' Motion for Summary Judgment, dated May 11, 2022,

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Defendants and against Plaintiff.

                KINIKIA ESSIX
                CLERK OF COURT

        By:   s/Holly A. Ryan
                Deputy Clerk

Approved:

s/Matthew F. Leitman
MATTHEW F. LEITMAN
United States District Judge

Dated: May 11, 2022
Detroit, Michigan